| | |
|---|---|
| 1 | MEYER LAW GROUP LLP |
| 2 |   A Limited Liability Partnership<br>BRENT D. MEYER, Cal. Bar No. 266152 |
| 3 | 268 Bush Street #3639<br>San Francisco, California 94104 |
| 4 | Telephone:  (415) 765-1588<br>Facsimile:   (415) 762-5277 |
| 5 | Email:      brent@meyerllp.com |
| 6 | Attorneys for Plaintiff<br>MATTHEW RICHARD CLARK III |
| 7 | |

```
1    MEYER LAW GROUP LLP
       A Limited Liability Partnership
2    BRENT D. MEYER, Cal. Bar No. 266152
     268 Bush Street #3639
3    San Francisco, California 94104
     Telephone:  (415) 765-1588
4    Facsimile:   (415) 762-5277
     Email:      brent@meyerllp.com
5
6    Attorneys for Plaintiff
     MATTHEW RICHARD CLARK III
7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10                          SAN DIEGO DIVISION
11
```

| | | |
|---|---|---|
| 12 | MATTHEW RICHARD CLARK III, an individual, | Case No.: 18-CV-00799-GPC-WVG |
| 13 | | **JOINT NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT** *WITH* **PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) AS TO ALL DEFENDANTS** |
| 14 | Plaintiff, | |
| 15 | vs. | |
| 16 | ROBERTSON, ANSCHUTZ, & SCHNEID, PL, a Florida professional limited liability company; DAVID SCHNEID, an individual; RAS CRANE, LLC, a Florida limited liability company; JOHN CRANE, an individual; ANTHONY MASSELLI, an individual; RAS BORISKIN, LLC, a Florida limited liability company; SARA BORISKIN, an individual; RAS CITRON, LLC, a New Jersey limited liability company; RICHARD CITRON, an individual; IDSG, LLC, a Florida limited liability company; and GARRETT BENDER, an individual, | |
| 25 | Defendants. | |



- 1 -

CASE NO. 18-CV-00799-GPC-WVG

1    Plaintiff Matthew Richard Clark III ("Plaintiff") and Defendants Robertson, Anschutz, & Schneid, PL, David Schneid, RAS Crane, LLC, John Crane, Anthony Masselli, RAS Boriskin, LLC, Sara Boriskin, RAS Citron, LLC, Richard Citron, IDSG, LLC, and Garrett Bender ("Defendants") (collectively, the "Parties") hereby jointly move to dismiss this action *with* prejudice as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby provides notice that the above-captioned case is hereby dismissed *with* prejudice as to all Defendants; and

2. Notwithstanding dismissal of the above-captioned case, Plaintiff and Defendants hereby stipulate and agree that the Court shall retain jurisdiction over any *ex parte* application or motion that may be necessary to seal, redact and/or restrict access to the Complaint [Dkt. No. 1] that was filed on April 25, 2018 in this matter.

NOW, THEREFORE, the Parties respectfully request that the Court enter an order dismissing this action *with* prejudice.

Dated: May 2, 2018                MEYER LAW GROUP LLP

                                  By: /s/ BRENT D. MEYER
                                      Brent D. Meyer
                                      Attorneys for Plaintiff
                                      MATTHEW RICHARD CLARK III

Dated: May 2, 2018                KLINEDINST PC

                                  By: /s/ NADIA P. BERMUDEZ
                                      Nadia P. Bermudez
                                      Attorneys for Defendants
                                      ROBERTSON, ANSCHUTZ, & SCHNEID,
                                      PL, DAVID SCHNEID, RAS CRANE, LLC,
                                      JOHN CRANE, ANTHONY MASSELLI,
                                      RAS BORISKIN, LLC, SARA BORISKIN,
                                      RAS CITRON, LLC, RICHARD CITRON,
                                      IDSG, LLC, and GARRETT BENDER

